DANIEL L. MARTIN v.
BD. OF COMMISSIONERS OF TOWN OF MONTCLAIR.

July 1, 1974. Petition for certification denied.

MICHAEL PEPSIN v. PHELPS DODGE COPPER PRODUCTS.

July 1, 1974. Petition for certification denied.

ESPEDITO La STELLA v. GARCIA ESTATES, INC.

July 1, 1974. Petition for certification granted. (See 128 *N. J. Super.* 173)

S. C. v. A. C.

July 1, 1974. Petition for certification granted. (See 128 *N. J. Super.* 198)

STATE OF NEW JERSEY v. JAMES VALENTINE.

July 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL J. DOYLE.

July 1, 1974. Petition for certification denied.